**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** : | **CHAPTER 13** |
| **DARWIN G. FLORES,** : | **CASE NO 20-67784-JWC** |
| Debtor. : | |
| ------------------------------------- | ----------------------------------- |
| **NEWREZ LLC D/B/A SHELLPOINT** : | |
| **MORTGAGE SERVICING,** : | |
| Movant, : | **CONTESTED MATTER** |
| v. : | |
| **DARWIN G. FLORES,** : | |
| **NANCY J. WHALEY, Trustee,** : | |
| Respondents. : | |

**NOTICE OF HEARING REASSIGNMENT**

**PLEASE TAKE NOTICE** that **NewRez LLC d/b/a Shellpoint Mortgage Servicing** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order modifying stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the motion at the following number: (**toll-free number: 833-568-8864; meeting id: 160 459 5648**), **at 10:30 AM on December 14, 2021 in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.**

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clear at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, 75 Ted Turner Drive, S.W., Suite 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the Motion for Relief from Automatic Stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: 11/30/21
/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the within Notice of Assignment of Hearing to be filed in this proceeding by electronic means and to be served, together with the Motion for Relief (if not previously served), by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

Peter G. Lopez
235 Peachtree Street NE
Suite 300
Atlanta, GA 30303

Nancy J. Whaley, Trustee
303 Peachtree Center Avenue
Suite 120, Truist Plaza Garden Offices
Atlanta, GA 30303

Executed on 11/30/21

By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rlselaw.com
Attorney for Creditor