**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DARWIN G. FLORES | : | |
| | : | CASE NO.: A20-67784-JWC |
| DEBTOR | : | |

**TRUSTEE'S MOTION TO CONVERT CASE TO ONE UNDER CHAPTER 7**

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-referenced matter, and files this Motion to Convert Case to One Under Chapter 7. The Trustee respectfully shows the Court the following:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on July 2, 2020. The case was confirmed on February 4, 2021. The plan, as proposed, provides for payments of $1230.00 per month and a one hundred percent (100%) dividend to unsecured creditors.

2.

The Debtor's mortgage holder, NewRez LLC d/b/a Shellpoint Mortgage Servicing (hereinafter "NewRez"), filed a Motion for Relief from the automatic stay on November 2, 2021 on property located at 5598 Charman Bend, Norcross, Georgia 30093 (hereinafter "the property").

3.

The Debtor scheduled an ownership interest in the property. The current fair market value of the property is $239,500.00 and the unpaid principal balance owed on the first mortgage is approximately $129,900.00. The Debtor has claimed an exemption against the property of $21,500.00 pursuant to O.C.G.A §44-13-100(a)(1), leaving unexempted equity in the property of $88,100.00.

4.

As of the date of this motion, unsecured creditors have filed claims totaling $26,669.59.

5.

The Trustee argues it is necessary to convert this case to one under Chapter 7 so to allow the Chapter 7 Trustee to administer the property of the estate and assure the adequate protection of unsecured creditors via liquidation of the Debtor's real property. Allowance of the stay to be lifted so to permit NewRez to foreclose upon the property does not adequate protect unsecured creditors as the value realized from such a sale is likely to be substantial diminished.

6.

Pursuant to 11 U.S.C. §1307(c)(6), the Court may convert a case under Chapter 13 to one under Chapter 7, or dismiss the case, whichever is in the best interest of creditors, based upon a "material default by the debtor with respect to a term of a confirmed plan." The Debtor has failed to maintain the payments to NewRez as provided under the terms of the confirmed plan, and thus a material default has occurred. It is in the best interests of creditors to convert rather than dismiss for the reasons already specified by the Trustee. NewRez is adequately protected by the equity that does exist in the property and the fact that any eventual sale should satisfy their lien in full.

WHEREFORE the Trustee prays that this Chapter 13 case be converted to one under Chapter 7 and that a Chapter 7 Trustee be appointed for administration of the Debtor's estate. The Trustee prays that the filing fee not be paid until the Court hears this matter and if the case is converted to one under Chapter 7 that the Trustee be permitted to pay the fee with available funds in the Debtor's case.

Respectfully submitted,

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

/mep

# CERTIFICATE OF SERVICE

Case No: A20-67784-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Motion to Convert This Case to one Under Chapter 7 and Notice of Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
DARWIN G. FLORES
5598 CHARMAINE BND
NORCROSS, GA 30071

**Creditor Attorney:**
LISA F. CAPLAN, ESQ.
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PLACE, SUITE 100
PEACHTREE CORNERS, GA 30071

**Office of the U.S. Trustee:**
OFFICE OF THE UNITED STATES TRUSTEE
R. JENEANE TREACE
ASSISTANT UNITED STATES TRUSTEE
362 RICHARD RUSSELL BLDG. & U.S. CTHS.
75 TED TURNER DRIVE, S.W.
ATLANTA, GA 30303

**Creditor:**
NEWREZ, LLC D/B/A SHELLPOINT MTG
P.O. BOX 10826
GREENVILLE, SC 29603-0826

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Motion to Convert This Case to one Under Chapter 7 and Notice of Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**

THE SEMRAD LAW FIRM, LLC

This the 22nd day of December, 2021.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201