**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **Darwin G. Flores,** | **20−67784−jwc** |
| | CHAPTER: **13** |
| Debtor(s) | |

### NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:** NewRez, LLC dba Shellpoint Mortgage Servicing

**Proposed Transferor:** U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021−NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021−NPL1,

Owner of claim per Court records: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Claim Number(s) 15

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case. Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated January 25, 2022

*[signature]*

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428