**IT IS ORDERED as set forth below:**

**Date: February 10, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| DARWIN G. FLORES | { | |
| | { | CASE NO. A20-67784-JWC |
| DEBTOR | { | |
| | { | |

**ORDER CONVERTING CHAPTER 13 CASE TO A CHAPTER 7**

The above-styled case came before the Court on the Chapter 13 Trustee's *Motion to Convert this Case to One Under Chapter 7* (Docket No. 42) at a hearing on January 25, 2022 at 10:20 a.m. Present at the telephonic hearing were Counsel for the Chapter 13 Trustee and Counsel for the Debtor. The Debtor, through Counsel, did not raise opposition to the Trustee's

Motion.  Accordingly, for the reasons stated on the record and for good cause shown, it is hereby

**ORDERED**, that Chapter 13 Trustee's Motion is **GRANTED**, and the above-styled Chapter 13 case is converted to a Chapter 7 to allow the Chapter 7 Trustee the opportunity to pursue the property for the benefit of creditors.  **IT IS**

**FURTHER ORDERED** that the Chapter 7 conversion fee will be remitted by the Trustee from the balance on hand in the case.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

PRESENTED BY:                                                    CONSENTED BY:


____/s/_____                    ____/s/_____
Julie M. Anania,                                                    Craig A. Cooper,
Attorney for Chapter 13 Trustee                          Attorney for Debtor
GA Bar No. 477064                                             GA Bar No. 941033
303 Peachtree Center Ave., NE                          The Semrad Law Firm, LLC
Suite 120                                                              235 Peachtree Street, NE
Atlanta, GA  30303                                               Suite 300
(678) 992 – 1201                                                   Atlanta, GA 30303
janania@njwtrustee.com                                     *Signed by Julie M. Anania*
*with express permission*

**DISTRIBUTION LIST**

Case Number **A20-67784-JWC**

**The Clerk of Court shall serve all parties on the Mailing Matrix.**