IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          } CHAPTER 7
                                                }
DARWIN G. FLORES                                } CASE NO. 20-67784-jwc
*aka Darwin Gilberto Flores Guerra,*            }
                                                }
        Debtor.                                 }

## NOTICE

**PLEASE TAKE NOTICE** that The Semrad Law Firm, LLC has filed a Motion to Withdraw as Counsel in the above-styled case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to BLR 9010-5(b)(2) any objection to the Motion must be filed within fourteen [14] days after service of this Notice. The address of the Bankruptcy Clerk's office where the objection may be filed is: ***M. Regina Thomas, Clerk of Court, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303.***

The Court may consider the Motion without further notice or hearing if no party in interest files a written response or objection thereto with the Court within fourteen [14] days from the date of service. If you object to the relief requested in the Motion, you must timely file your objection with the Court at the above-stated address. You must also mail a copy of your response to the undersigned at the address stated below. The response or objection must be actually received by the Bankruptcy Clerk within the required time.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Dated: March 2, 2022                            /s/_____
                                                Lauren A. Drayton
                                                The Semrad Law Firm, L.L.C.
                                                Georgia Bar No.: 876061
                                                The Semrad Law Firm, L.L.C
                                                235 Peachtree St NE, Suite 300
                                                Atlanta, GA 30303
                                                (678) 668-7160
                                                ganb.courtview@SLFCourtview.com
                                                Attorney for the Debtor/Petitioner

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 7 |
| | { | |
| DARWIN G. FLORES | { | CASE NO. 20-67784-jwc |
| *aka Darwin Gilberto Flores Guerra*, | { | |
| | { | |
| Debtor. | { | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, The Semrad Law Firm, LLC, counsel of record for Debtor in the above-styled Chapter 7 case (hereinafter "Petitioner"), and files this Motion to Withdraw as Counsel, and respectfully shows this Court the following:

1.

On February 15, 2022, The Semrad Law Firm, LLC sent a letter to Debtor informing Debtor of Petitioner's intention to discontinue any work in Debtor's case and withdraw as counsel from the instant case (see Letter attached hereto as Exhibit "A").

2.

Upon approval of this Motion, Debtor, and not Petitioner, will be obligated to keep this Court informed on all matters regarding the above-styled case. Furthermore, this Court will retain jurisdiction in this matter.

WHEREFORE, Movant prays for the following:

a)     That this Motion is granted; and,

b)     That The Semrad Law Firm, LLC is removed as counsel in the above-styled case; and,

c)     Such other and further relief as this Court deems just and proper.

Dated: March 2, 2022

/s/_____
Lauren A. Drayton
Georgia Bar No.: 876061
The Semrad Law Firm, LLC
235 Peachtree St NE, Suite 300
Atlanta, GA 30303
(678) 668-7160
ganb.courtview@SLFCourtview.com
Attorney for the Debtor/Petitioner

EXHIBIT A

# LAW OFFICES OF
# THE SEMRAD LAW FIRM, L.L.C.

235 Peachtree Street NE, Ste 300
Atlanta, GA 30303
MAIN PHONE: (678) 668-7160 ♦ MAIN FAX: (678) 668-7161

February 15, 2022

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

      Re:    CLIENT: Darwin G. Flores
                BANKRUPTCY CASE NO. 20-67784-jwc

Dear Mr. Flores,

    This letter is to notify you that The Semrad Law Firm, LLC wishes to withdraw as attorneys of record in your pending Chapter 7 bankruptcy (Case Number 20-67784-jwc). We intend to file a motion to withdraw promptly. The Bankruptcy Court will retain jurisdiction of the matter. The address of the Bankruptcy Clerk's Office is: *M. Regina Thomas, Clerk of Court, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303*, and the telephone number for the clerk is *404-215-1000*.

    If and when the withdrawal is permitted by the Court, you will have the obligation to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (a) the names of the parties and the number of each case, adversary proceeding, or contested matter in which you are a party and (b) your current telephone number and mailing address. The statement must be amended promptly if your telephone number or mailing address ever changes. You will also have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in this matter, or to hire other counsel to do so. Your failure or refusal to meet these obligations may result in adverse consequences. Service of notices, pleadings, and other papers will be mailed to you at the following last known address: 5598 Charmaine Bnd, Norcross, GA 30071. Your last know telephone number is 678-977-0547.

    You should take note of the following contact information for the Chapter 7 Trustee and the United States Trustee:

Chapter 7 Trustee
S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305
(404) 926-0060

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
404-331-4437

**Hearings, deadlines, and deficiencies in your bankruptcy case are as follows as of February 15, 2022:**

(A) Order Converting Chapter 13 Case to a Chapter 7 Service by BNC. Entered on 2/10/2022. Incomplete Filings due by 2/24/2022.
(B) Notice Rescheduling Hearing with certificate of service Filed by Andrew D. Gleason on behalf of U.S. Bank National Association. Hearing to be held on 3/3/2022 at 10:00 AM in Courtroom 1203, Atlanta.
(C) Statement of Intention due 3/14/2022.
(D) Notice of Meeting of Creditors (Chapter 7 - Individual - No Asset). Telephonic 341 Meeting to be held on 3/21/2022 at 09:40 AM (See notice for telephonic call-in information (Ch. 7 Hays)).
(E) Deadline for financial mgmt. course: 05/05/2022.
(F) Objections for Discharge due by 5/20/2022.

Please note that the holding of such hearings and any deadlines will not be affected by the withdrawal of counsel.

You have fourteen days from the date you receive this letter to contact The Semrad Law Firm, LLC and state any objection to our withdrawal. I can be reached directly at 678-668-7176 or via email at ldrayton@semradlaw.com.

Sincerely,

*[signature]*

Lauren A. Drayton, Esq.
The Semrad Law Firm, LLC
Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| DARWIN G. FLORES<br>*aka Darwin Gilberto Flores Guerra*, | CASE NO. 20-67784-jwc |
| Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within **Motion to Withdraw as Counsel** upon the following by ECF transmission and/or depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

*[see attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, S. Gregory Hays, Chapter 7 Trustee, was served via the ECF electronic mail/noticing system.

Dated: March 2, 2022

/s/_____
Lauren A. Drayton
Georgia Bar No.: 876061
The Semrad Law Firm, LLC
235 Peachtree St NE, Suite 300
Atlanta, GA 30303
(678) 668-7160
ganb.courtview@SLFCourtview.com
Attorney for the Debtor/Petitioner

| | | |
|---|---|---|
| bel Matrix for local noticing<br>3E-1<br>se 20-67784-jwc<br>rthern District of Georgia<br>lanta<br>d Mar  2 10:02:23 EST 2022 | Accelerated Inventory Mgt, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Accelerated Inventory Mgt, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 |
| )AMERICAN HONDA FINANCE<br>O BOX 168088<br>VING TX 75016-8088 | American Honda Finance Corp.<br>c/o H. Tucker Dewey<br>6000 Poplar Avenue, #250<br>Memphis, TN 38119-3974 | Bank Of America<br>PO Box 982284<br>El Paso, TX 79998-2284 |
| tti H. Bass<br>ss & Associates, PC<br>ite 200<br>36 E. Ft. Lowell Road<br>cson, AZ 85712-1083 | Blanca Aleman<br>3744 Westchase Village Lane<br>Corners, GA 30092-7227 | Calypso Cay Resort<br>4951 Calypso Cay Way<br>Kissimmee, FL 34746-5522 |
| pital One Bank (USA), N.A.<br>15 N Santa Fe Ave<br>lahoma City, OK 73118-7901 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| sa F. Caplan<br>bin Lublin, LLC<br>ite 100<br>45 Avalon Ridge Place<br>achtree Corners, GA 30071-1570 | Vince Capomacchia<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 | Craig A Cooper<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| edit One Bank Na<br>O. Box 98875<br>s Vegas, NV 89193-8875 | Department Of Justice, Tax Division<br>75 Ted Turner Drive Sw<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | H. Tucker Dewey<br>Dewey Law Firm<br>2157 Madison Avenue<br>Memphis, TN 38104-6524 |
| tech Financial Llc<br>ss Mitigation<br>60 S Kyrene Road<br>mpe, AZ 85283-4583 | Equiant Financial Svcs<br>5401 N Pima Rd Ste 150<br>Scottsdale, AZ 85250-2630 | First American Title Lending<br>5226 Highway 78<br>Stone Mountain, GA 30087-3455 |
| rwin G. Flores<br>98 Charmaine Bnd<br>rcross, GA 30071-3169 | GA DHS-Gwinnett Child Support Services<br>95 Constitution Blvd, Suite 200<br>Lawrenceville, GA 30046-5647 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| drew D. Gleason<br>fkoff Rubin Gleason Russo Williams PC<br>ite 900<br>55 Glenridge Connector<br>lanta, GA 30342-4762 | Gwinnett Co. Division Of Family & Child Serv<br>446 West Crogan Street<br>Suite 300<br>Lawrenceville, GA 30046-2475 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 |
| ternal Revenue Service<br>O. Box 7346<br>iladelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |

)JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
INT CLOUD MN 56302-7999

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Kohls/Capone
N56 Ridgewood Dr
Menomonee Fal, WI 53051

NV Funding, LLC
surgent Capital Services
Box 10587
eenville, SC 29603-0587

Lending Club
P.O. Box 659622
San Antonio, TX 78265-9622

Peter G. Lopez
The Semrad Law Firm
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303-1404

nv Funding Llc
Box 10587
eenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

rrick Bank Corp
e Paces West
ite 1400
lanta, GA 30327-2734

Midwest Recovery Syste
514 Earth City Plz Ste 1
Earth City, MO 63045-1303

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Financial
5 W Jackson Blvd Ste 1000
icago, IL 60604-2863

Ncb Management Service
1 Allied Dr
Trevose, PA 19053-6945

NetCredit
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

w Res-Shellpoint Mtg
Beattie Pl Ste 110
eenville, SC 29601-5115

NewRez, LLC dba Shellpoint Mortgage Servicin
P.O. Box 10826
Greenville, SC 29603-0826

(p)OFFICE OF THE ATTORNEY GENERAL OF GEORG
BUSINESS AND FINANCE BANKRUPTCY
40 CAPITOL SQUARE SW
ATLANTA GA 30334-9057

fice Of The United States Trustee
Ted Turner Dr Sw
lanta, GA 30303-3315

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

nathan A. Proctor
e Semrad Law Firm, LLC
ite 300
5 Peachtree Street NE
lanta, GA 30303-1404

RISE
P.O. Box 101808
Fort Worth, TX 76185-1808

Rise/Ecs
4150 International Plz S
Ft Worth, TX 76109-4892

shua Mark Ryden
dgett Law Group
ite 203
67 Old Water Oak Road
llahassee, FL 32312-3858

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW, STOP 1000-D
Suite 600
Atlanta, GA 30308

Dylan K. Steed
The Semrad Law Firm
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303-1404

ncb/Jcp
. Box 965007
lando, FL 32896-5007

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

| | | |
|---|---|---|
| Bank Usa/Targettred<br>Box 660170<br>llas, TX 75266-0170 | Tiaa Bank<br>301 W Bay St<br>Jacksonville, FL 32202-5147 | U.S. Bank National Association,<br>as Indenture Trustee c/o<br>Gregory Funding LLC<br>P. O. Box 230579<br>Tigard, OR 97281-0579 |
| ited States Attorney<br>rthern District of Georgia<br>Ted Turner Drive SW, Suite 600<br>lanta GA 30303-3309 | Mary D. Vitartas<br>Padgett Law Group<br>6267 Old Water Oak Rd<br>Ste. 203<br>Tallahassee, FL 32312-3858 | Webbank/Fingerhut<br>Po Box 166<br>Newark, NJ 07101-0166 |
| ncy J. Whaley<br>ncy J. Whaley, Standing Ch. 13 Trustee<br>ite 120, Truist Plaza Garden Offices<br>3 Peachtree Center Avenue<br>lanta, GA 30303-1216 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| erican Honda Finance<br>800 Madrona Ave<br>rrance, CA 90503 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | (d)American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 |
| pital One Bank Usa N<br>Box 85520<br>chmond, VA 23285 | Georgia Department of Revenue<br>Compliance Division, ARCS - Bankruptcy<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345-3205 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| ncb Card<br>BOX 15369<br>LMINGTON, DE 19850 | Macys/Dsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | Mission Lane/Tab Bank<br>P.O. Box 105286<br>Atlanta, GA 30304 |
| fice Of The Attorney General - Atlanta<br>Capitol Sq Sw<br>tn: Karrollanne K. Cayce<br>lanta, GA 30334 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )NewRez LLC d/b/a Shellpoint Mortgage Servi | (u)SHELLPOINT MORTGAGE SERVICING | (u)U.S. Bank National Association |

d of Label Matrix
ilable recipients    66
passed recipients    3
tal    69