UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

DARWIN G. FLORES

Debtor(s)

Case No. A20-67784-JWC

STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/02/2020.

2) The plan was confirmed on 02/04/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/10/2022.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,375.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,769.54 |
| Less amount refunded to debtor | $800.46 |

**NET RECEIPTS:** $21,969.08

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,810.00 |
| Court Costs | $25.00 |
| Trustee Expenses & Compensation | $1,490.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $6,325.12

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCELERATED INVENTORY MGT. | Unsecured | NA | 2,896.31 | 2,896.31 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Secured | 20,861.00 | 21,375.68 | 21,375.65 | 7,456.89 | 846.11 |
| BLANCA RESENDIZ ALEMAN | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. BY | Unsecured | 1,610.00 | 1,610.33 | 1,610.33 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. BY | Unsecured | 728.00 | 728.08 | 728.08 | 0.00 | 0.00 |
| CAPITAL ONE, N.A. | Unsecured | 1,898.00 | 1,898.66 | 1,898.66 | 0.00 | 0.00 |
| FIRST AMERICAN TITLE LENDING | Secured | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 29.34 |
| GA DHS-GWINNETT CHILD SUPPOI | Priority | 0.00 | 0.00 | 2,304.35 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVEN | Priority | 0.00 | 407.60 | 407.60 | 0.00 | 0.00 |
| GEORGIA DEPARTMENT OF REVEN | Unsecured | 0.00 | 13.05 | 13.05 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 212.23 | 212.23 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 350.00 | 134.16 | 134.16 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LL | Unsecured | NA | 91.56 | 91.56 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 4,456.00 | 4,766.61 | 4,766.61 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 3,072.00 | 3,757.23 | 3,757.23 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 1,923.00 | 2,376.99 | 2,376.99 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,875.00 | 1,875.02 | 1,875.02 | 0.00 | 0.00 |
| NETCREDIT | Unsecured | 2,903.00 | 2,903.28 | 2,903.28 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | 1,505.00 | 1,505.57 | 1,505.57 | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DITECH FINANCIAL LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EQUIANT FINANCIAL SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMCB CARD | Unsecured | 1,376.00 | NA | NA | 0.00 | 0.00 |
| JPMCB CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CALYPSO CAY RESORT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICE | Unsecured | 2,625.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RISE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RISE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RISE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RISE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RISE/ECS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RISE/ECS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST RECOVERY SYSTE | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| MISSION LANE/ TAB BANK | Unsecured | 1,233.00 | NA | NA | 0.00 | 0.00 |
| LENDING CLUB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MACYS/DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TIAA BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 840.00 | 840.91 | 840.91 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC BY | Unsecured | NA | 652.00 | 652.00 | 0.00 | 0.00 |
| U.S. BANK NATIONAL ASSOCIATIO | Secured | 7,000.00 | 9,525.77 | 9,525.77 | 4,311.62 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,525.77 | $4,311.62 | $0.00 |
| Debt Secured by Vehicle | $24,375.65 | $10,456.89 | $875.45 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,901.42** | **$14,768.51** | **$875.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,846.11 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,846.11** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,127.83** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,325.12 |
| Disbursements to Creditors | $15,643.96 |
| **TOTAL DISBURSEMENTS :** | **$21,969.08** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/03/2022                                    By: /s/ Nancy Whaley
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

# CERTIFICATE OF SERVICE

Case No. A20-67784-JWC

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
DARWIN G. FLORES
5598 CHARMAINE BND
NORCROSS, GA  30071

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC

This the 3rd day of March, 2022.

/s/_____
  Nancy J. Whaley
  Standing Chapter 13 Trustee
  State Bar No. 377941
  303 Peachtree Center Avenue, NE
  Suite 120
  Atlanta, GA 30303
  678-992-1201

**UST Form 101-13-FR-S (9/1/2009)**