IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| **DARWIN G. FLORES,** | CASE NO. **20-67784-JWC** |
| Debtor. | |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021-NPL1 | CONTESTED MATTER |
| Movant, | |
| v. | |
| DARWIN G. FLORES, Debtor; and S. GREGORY HAYS, Trustee, | |
| Respondents. | |

### RENOTICE OF HEARING

PLEASE TAKE NOTICE that U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021-NPL1 has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay,** the following number: toll-free number: **833-568-8864**; meeting id **160 459 5648 in Courtroom 1203, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at 10:00 AM on April 28, 2022** .

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as

determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.

Dated: March 3, 2022       Signature: /s/Andrew D. Gleason
                           Andrew D. Gleason
                           5555 Glenridge Connector
                           Suite 900
                           Atlanta, Georgia 30342
                           (404) 869-6900
                           agleason@lrglaw.com
                           Bar Number 297122

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **DARWIN G. FLORES**, | : | CASE NO. **20-67784-JWC** |
| | : | |
| Debtor. | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021-NPL1 | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| DARWIN G. FLORES, Debtor; and S. GREGORY HAYS, Trustee, | : | |
| | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned, Andrew D. Gleason, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the RENOTICE OF HEARING on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

Vince Capomacchia
The Semrad Law Firm, LLC
Suite 300
235 Peachtree Street NE
Atlanta, GA 30303

S. GREGORY HAYS
Hays Financial Consulting, LLC
2964 Peachtree Rad
Ste 555
Atlanta, GA 30305

       This March 3, 2022.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                Attorneys for Movant


                By: /s/ Andrew D. Gleason
                      Andrew D. Gleason
                      Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com