```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

IN RE:                              :   CASE NO. 20-67784-jwc
                                    :
DARWIN G. FLORES                    :   CHAPTER 7
                                    :
          Debtor.                   :
                                    :
_____     :   JUDGE Jeffrey W. Cavender
                                    :
AMERICAN HONDA FINANCE              :
CORPORATION                         :
                                    :
                                    :
          Movant,                   :   CONTESTED MATTER
                                    :
vs.                                 :
                                    :
DARWIN G. FLORES                    :
                                    :
                                    :
          Respondent.               :
_____
```

**AMENDED NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that American Honda Finance Corporation has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an Order for relief from stay.

    **PLEASE TAKE FURTHER NOTICE** that Court will hold an initial telephonic hearing for announcements on the Motion for Relief from Automatic Stay at the following number **(toll-free number: 833-568-8864; meeting id: 1604595648**, at **10:00 a.m. on April 28, 2022 in Courtroom 1203 United States Courthouse, Bankruptcy Court, 75 Ted Turner, SW, Atlanta, Georgia 30303.**

    Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss

them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion for Relief from the Automatic Stay (the "Motion") cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

/s/ Robert J. Fehse
_____
Robert J. Fehse, Esq.
Counsel for Movant
Georgia Bar #758817
1715 Aaron Brenner Drive
Suite 800
(901) 271-0722

CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of April 2022, I electronically filed the foregoing Amended Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Road, NE, Suite 555
Atlanta, GA  30325-1420

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071


/s/ Robert J. Fehse

Robert J. Fehse, Esq.
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120