**IT IS ORDERED as set forth below:**

**Date: May 2, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

IN RE:                          :
DARWIN G. FLORES                : CHAPTER 7
                                : CASE NO. 20-67784-JWC
        Debtor.                 : JUDGE JEFFREY W. CAVENDER
                                :
AMERICAN HONDA FINANCE          :
CORPORATION                     :
                                :
                                :
        Movant,                 :
vs.                             :
                                :
DARWIN G. FLORES                :
                                :
        Respondent.             :
```

ORDER

American Honda Finance Corporation ("Honda Finance"), a party-in-interest in the above-styled Chapter 7 case, previously filed a *Motion for Relief from Automatic Stay* (the "Motion"), on March 31, 2022, with said Motion having been read and considered and having been scheduled for hearing on April 26, 2022; and

IT APPEARING that there was no opposition to the Motion at the scheduled hearing, and Movant contends that service was proper;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.

The Automatic Stay pursuant to 11 U.S.C. § 362(a) is hereby terminated with respect to the 2017 Honda CRV, serial number 7FARW1H87HE020737 (the "Collateral"), including any sales proceeds or insurance proceeds arising therefrom.

2.

Honda Finance shall be entitled to exercise its state law rights in the repossession and foreclosure of the Collateral.

3.

The fourteen (14) day stay provision pursuant to Bankruptcy Rule 4001 (a) (3) is waived.

**END OF DOCUMENT**

PREPARED AND PRESENTED BY:

EVANS PETREE PC


By: /s/Robert J. Fehse
  Robert J. Fehse
  Georgia State Bar No. 758817
  Attorneys for American Honda Finance Corporation
  1715 Aaron Brenner Drive, Suite 800
  Memphis, TN 38120
  (901) 271-0722
  rfehse@evanspetree.com

<u>ORDER DISTRIBUTION LIST</u>

Robert J. Fehse, Esq.
EVANS PETREE PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

Office of United States Trustee
75 Ted Turner Dr SW #362
Atlanta, GA 30303

S. Gregory Hays
Chapter 7 Trustee
2964 Peachtree Road, NE, Suite 555
Atlanta, GA  30325-1420

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA  30071