**IT IS ORDERED as set forth below:**

**Date: July 28, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DARWIN G. FLORES, | : | |
| | : | CASE NO. 20-67784-JWC |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF BROKER, SUBJECT TO OBJECTION**

S. Gregory Hays, as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Darwin G. Flores ("**Debtor**") filed an *Application to Employ* (the "**Application**") Humphries & King Realty and John V. Ball (collectively, "**Humphries & King**") as his listing agent to sell the real property generally known as 5598 Charmaine Bnd, Norcross, GA 30071 (the "**Property**"), pursuant to the listing agreement between Trustee and Humphries &King ("**Listing Agreement**"). It appearing from the Application that Humphries & King does not represent any interest adverse to the Estate and is a disinterested person as that term is defined in 11 U.S.C. § 101(14), and good cause having been shown, it is hereby

18457488v1

ORDERED as follows:

(a) Trustee is authorized to employ Humphries & King as his listing agent in connection with the Property pursuant to the Listing Agreement; and

(b) All sales contracts and commissions shall be subject to Bankruptcy Court approval.

This Order is entered subject to any objection by the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned Trustee within twenty-one (21) days of the entry of this Order.

**[END OF DOCUMENT]**

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363.1031
(404) 873-8500
michael.bargar@agg.com

18457488v1

## **DISTRIBUTION LIST**

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

John V. Ball
Humphries & King Realty
830 Glenwood Avenue, Suite 510-205
Atlanta, Georgia 30316

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory, LLP
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363.1031

18457488v1