UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DARWIN G. FLORES, | : | CASE NO. 20-67784-JWC |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On December 16, 2022, the Trustee sold real property of the estate known as 5598 Charmaine Bend, Norcross, GA 30071 ("**Property**") to Ye Liu ("**Purchaser**") for $247,500.00 as ordered and approved by the Court on December 12, 2022 [Doc. No. 96].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $98,258.41 from the sale.

Respectfully submitted this 20th day of December, 2022.

 _____/s_____
Hays Financial Consulting, LLC          S. Gregory Hays
2964 Peachtree Road, N.W., Suite 555    Chapter 7 Trustee
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
REAL ESTATE CLOSINGS

| | |
|---|---|
| **Settlement Date:** | 12/16/2022 |
| **Disbursement Date:** | 12/16/2022 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | Ye Liu<br>6115 Deluna Way<br>Johns Creek, GA 30097 |
| **Seller:** | S. Gregory Hays, as and only as Chapter 7 Trustee for the Bankruptcy Estate of Darwin G. Flores<br>2964 Peachtree Road<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 5598 Charmaine Bend<br>Norcross, GA 30071 |
| **Tax Parcel No:** | R6225 238 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 247,500.00 |
| Seller Credit | 2,500.00 | |
| **Prorations/Adjustments** | | |
| City Taxes ($897.56) 12/16/22 - 01/01/23 | | 39.35 |
| County Taxes ($2376.20) 12/16/22 - 01/01/23 | | 104.16 |
| **Commissions** | | |
| Commission - Buyer's Broker to Right Path Realty | 6,187.50 | |
| Commission - Seller's Broker to Humphries & King Realty, LLC | 8,662.50 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Gregory Funding LLC | 110,422.37 | |
| **Miscellaneous Debits/Credits** | | |
| Debtor's homestead exemption to Darwin G. Flores | 21,500.00 | |
| Water Balance to Gwinnett County Department of Water Resources | 112.73 | |
| **Subtotals** | 149,385.10 | 247,643.51 |
| **Balance Due TO Seller** | 98,258.41 | |

# CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Darwin G. Flores
5598 Charmaine Bnd
Norcross, GA 30071

Darwin G. Flores
2128 Terrace Club Ct. #A
Norcross, GA 30071

This 20th day of December, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　/s  *S. Gregory Hays*
　　　　　　　　　　　　　　　　　　　　　　　　S. Gregory Hays
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060